PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7,
ANGELA THORNTON-MILLARD, IA 17922
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (816) 936-5079
angela.thornton-millard@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| MANUEL RIOS, JR., <br>     Plaintiff, <br> v. <br> KILOLO KIJAKAZI, <br> Commissioner of Social Security, <br>     Defendant. | CIVIL NO. 1:23-cv-00713-SKO <br><br> **ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** <br><br> **(Doc. 18)** |

    IT IS STIPULATED by and between Plaintiff Manuel Rios, Jr. ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record. The

STIPULATION TO REMAND

parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  November 8, 2023                        PEÑA & BROMBERG, PLC

                                                              */s/ Dolly M. Trompeter\**
                                                              DOLLY M. TROMPETER
                                                               Attorney for Plaintiff
                                                               *Authorized via e-mail on November 7, 2023

                                                               PHILLIP A. TALBERT
                                                               United States Attorney
                                                               MATHEW W. PILE
                                                               Associate General Counsel
                                                               Social Security Administration

                                          By:     /s/  *Angela Thornton-Millard*
                                                               ANGELA THORNTON-MILLARD
                                                               Special Assistant U.S. Attorney
                                                               Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 18), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and thereafter close this case.

IT IS SO ORDERED.

Dated: **November 9, 2023**                              /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE